Thomas Woods, SB #210050
*thomas.woods@stoel.com*
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Tel.  (916) 447-0700
Fax: (916) 447-4781

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERGING ACQUISITIONS, LLC (d/b/a Bulk Handling Systems),<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LESLIE WELLS in her official capacity as the Deputy Director of the Santa Barbara County Resource Recovery and Waste Management Division; MUSTANG RENEWABLE POWER VENTURES, LLC; and VAN DYK BALER CORP. (d/b/a Van Dyk Recycling Solutions),<br><br>　　　　　　　　Defendants. | Case No.<br><br>**COMPLAINT**<br><br>**Demand for Jury Trial** |

1. Plaintiff Emerging Acquisitions, LLC d/b/a Bulk Handling Systems ("Plaintiff" or "BHS") files this Complaint for patent infringement against Defendants and alleges as follows:

2. This is an action for patent infringement based on the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*

3. This action arises out of Defendants making, using, selling, and offering to sell separation systems and methods for sorting municipal solid waste ("MSW"), including the *MSW Recycling and Waste Management Facility* in Santa Barbara County,

COMPLAINT — 1

California (the "Infringing Product") that infringe BHS's rights in United States Patent No. 7,584,856.

## THE PARTIES

4. Plaintiff is an Oregon limited liability company with a principal place of business at 3592 West Fifth Avenue, Eugene, Oregon 97402.

5. Defendant Leslie Wells ("Wells') is sued in her official capacity as the Deputy Director of the Santa Barbara County Resource Recovery and Waste Management Division ("RR&WMD") in California. Wells heads RR&WMD and directs the employees responsible for providing Santa Barbara County residents and businesses with cost-effective and environmentally sound solutions, including the Infringing Product, to manage the community's waste in ongoing violation of United States Patent No. 7,584,856. *www.countyofsb.org/1390/Welcome-from-Deputy-Director*. Wells has continued Defendants' implementation of the Infringing Product even after receiving and acknowledging Plaintiff's August 23, 2022 written notice of patent infringement.

6. Defendant Mustang Renewable Power Ventures, LLC ("Mustang") is a California limited liability company with a principal place of business at 17 Corporate Plaza Drive, Suite 200, Newport Beach, California 92660.

7. Defendant Van Dyk Baler Corp. d/b/a Van Dyk Recycling Solutions ("VDRS") is a New York corporation with a principal place of business at 360 MLK Jr. Drive, Norwalk, Connecticut 06854.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 1338(a).

9. This Court has personal jurisdiction over Defendants. Defendants Wells and Mustang are domiciled and regularly conduct business, including acts of patent

infringement complained about herein, in the State of California and this judicial district. Defendant Mustang is organized as a limited liability company under the laws of the State of California. Defendant VDRS contracted with the co-Defendants to provide and support the Infringing Product in this judicial district in order to service the waste handling needs of California residents within this judicial district. Defendants have performed and continue to perform in California the legal violations described herein from within this judicial district, and they derive revenues and value therefrom in furtherance of their purposeful availment of the privileges and benefits of conducting business in California within this judicial district.

10.    This Court may exercise jurisdiction over Defendants on the grounds that, *inter alia*, the Defendants conduct as alleged herein were done in this judicial district, caused and continue to cause injury to Plaintiff from this judicial district, and to harm the intellectual property, value, and good will associated with Plaintiff's patent rights in this judicial district.

11.    Venue is proper under 28 U.S.C. § 1391(b) and (c) and 1400(b) because Defendants either reside in this judicial district or made, used, sold, and offered to sell the Infringing Product within this judicial district.

## PLAINTIFF'S PATENT RIGHTS

12.    Plaintiff develops, sells, and implements industrial solutions for handling, processing, and recovering waste and recycling materials, including MSW in the form of paper, cardboard, plastic, glass, and metal. *www.bulkhandlingsystems.com*. Plaintiff is an industry leader in  innovating technologies to increase the efficiency of complex sorting facilities as a means to increase recovery yield from MSW streams and to reduce the amount of waste in landfills.

13.    Plaintiff has invented air separation systems that separate and reclaim recyclable materials from MSW using a combination of separator screens, blowers,

COMPLAINT — 3

air chambers, conveyors, drums, frames, shafts, discs, and specific spatial configurations, for example, as shown below.



FIG.1

14. On September 8, 2009, the United States Patent and Trademark Office ( "USPTO") duly and lawfully issued United States Patent No. 7,584,856 ("the '856 Patent" or "patent-in-suit") entitled "Air Separation of Recyclable Material" to recognize Plaintiff's inventions. Plaintiff has complied with all legal requirements such that the '856 Patent is valid and enforceable. A true and correct copy of the '856 Patent is attached as Exhibit 1.

15. Plaintiff owns all rights, title, and interest in the '856 Patent, including all rights to make, use, sell, offer for sale, and import products and systems that practice the claims of the patent-in-suit. Plaintiff also owns the exclusive right and standing to enforce and prosecute actions for infringement against and to recover damages and other remedies from infringers of the '856 Patent.

16. Plaintiff sells products that embody the claims of the '856 Patent. Defendants have no license or authorization to practice the technology of the '856 Patent.

COMPLAINT — 4

## **DEFENDANT'S INFRINGEMENT**

17.    Defendants make, use, sell, and offer to sell air separation systems that separate and reclaim recyclable materials from MSW in violation of the '856 Patent. Defendant Wells, on behalf of RR&WMD, solicited and contracted with Defendants Mustang and VDRS to install and operate the Infringing Product at the *MSW Recycling and Waste Management Facility* in Santa Barbara County, California, which she oversees and administers.





COMPLAINT — 5

Defendants have installed and operated the Infringing Product at the *MSW Recycling and Waste Management Facility* in Santa Barbara County, California using the elements described in Claims 8 and 11 of the '856 Patent.

18. Upon learning about Defendants' infringement, Plaintiff provided written notice to Defendants regarding the '856 Patent and Plaintiff's claims of infringement, including, without limitation, by sending demand letters regarding Plaintiff's patent rights and claims of infringement on January 7, 2022 and February 10, 2022 (to Defendant VDRS) and August 23, 2022 (to Defendant Wells).

19. Defendant acknowledged the demand letters in responses dated January 24, 2022 (from Defendant VDRS) and August 30, 2022 (from Defendant Wells), but they have continued to make, use, sell, and offer to sell the Infringing Products without any legal justification. All Defendants have maintained communication with each other regarding Plaintiff's claims of infringement of the '856 patent and have coordinated their actions to continue using the Infringing Products.

20. Notwithstanding Defendants' actual pre-suit knowledge of the patent-in-suit, they have not offered any explanation for why they believe they have the right to practice the patented inventions in violation of Plaintiff's '856 Patent. Plaintiff warned Defendant VDRS that such ongoing infringement would be interpreted as evidence of willful patent infringement if Defendants did not cease and desist the infringing conduct. Plaintiff warned Defendant Wells that a failure to respond reasonably to Plaintiff's cease and desist correspondence would be construed as a tacit admission by Defendant regarding Plaintiff's claims of patent infringement. Defendants persist in their course of conduct without explanation.

## COUNT I:  PATENT INFRINGEMENT
### (35 U.S.C. § 271)

21. Plaintiff repeats and realleges the allegations set forth above as if fully restated herein.

COMPLAINT — 6

22. Defendants make, use, sell, and offer to sell the Infringing Products in this judicial district.

23. Defendants have been infringing — directly, jointly, contributorily, and by inducement — at least claims 8 and 11 of the '856 Patent literally and under the doctrine of equivalents.

24. The Infringing Products compete with Plaintiff's own products and closely imitate the technology of the patent-in-suit.

25. Defendants' acts constitute a violation of United States Patent laws. 35 U.S.C §§ 271, *et seq*.

26. Defendant's patent infringement has been knowing and willful.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. That Defendants have infringed the patent-in-suit;

2. That Defendants (along with their employees, officers, directors, agents, and affiliates) and all of those in active concert and participation with any of the foregoing be temporarily restrained, preliminarily enjoined, and permanently enjoined from any direct, indirect, and joint infringement — whether literal or under the doctrine of equivalents — of the patent-in-suit;

3. That Defendants are liable to Plaintiff for an award of actual damages in an amount to be determined at trial;

4. That enhanced damages be awarded to Plaintiff such that any award of damages is trebled due to Defendants' willful patent infringement;

5. That Plaintiff be awarded pre-judgment and post-judgment interest;

6. That the case be declared exceptional under, *inter alia*, 35 U.S.C. § 285 such that Plaintiff is awarded its attorneys' fees and costs incurred in this action; and

/ / /

7.  That Plaintiff be awarded such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues triable by right of jury.

DATED:  February 23, 2023                STOEL RIVES LLP


By:/s/ *Thomas A. Woods*
  THOMAS A. WOODS
  Attorneys for Plaintiff
  EMERGING ACQUISITIONS, LLC
  (d/b/a Bulk Handling Systems)

COMPLAINT — 8

# EXHIBIT 1

US007584856B2

## (12) United States Patent
### Miller et al.

(10) **Patent No.:** **US 7,584,856 B2**
(45) **Date of Patent:** **Sep. 8, 2009**

(54) **AIR SEPARATION OF RECYCLABLE MATERIAL**

(75) Inventors: **Steve Miller**, Eugene, OR (US); **Roy Miller**, Eugene, OR (US)

(73) Assignee: **Emerging Acquisitions, LLC**, Eugene, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/556,582**

(22) Filed: **Nov. 3, 2006**

(65) **Prior Publication Data**

US 2008/0105597 A1      May 8, 2008

(51) **Int. Cl.**
*B07B 4/00* (2006.01)

(52) **U.S. Cl.** .................... **209/139.1**; 209/132; 209/133; 209/147

(58) **Field of Classification Search** ................. 209/132, 209/133, 139.1, 142, 147
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,738,483 A | * | 6/1973 | MacKenzie | ................ 209/44.1 |
| 3,788,568 A | | 1/1974 | Marsh | |
| 4,155,602 A | * | 5/1979 | Quick | ......................... 406/104 |
| 4,377,401 A | * | 3/1983 | Laughlin | ..................... 55/290 |
| 4,798,508 A | * | 1/1989 | Lewis | ......................... 414/412 |
| 4,853,112 A | * | 8/1989 | Brown | ......................... 209/142 |
| 4,915,824 A | * | 4/1990 | Surtees | .................... 209/139.1 |

| | | | | |
|---|---|---|---|---|
| 5,025,929 A | * | 6/1991 | Carrera | ........................ 209/19 |
| 5,074,992 A | * | 12/1991 | Clinton | ........................ 209/19 |
| 5,344,025 A | * | 9/1994 | Tyler et al. | .................... 209/35 |
| 5,361,909 A | * | 11/1994 | Gemmer | ................... 209/12.1 |
| 5,484,247 A | * | 1/1996 | Clark et al. | ................. 414/412 |
| 5,967,333 A | * | 10/1999 | Smith | ......................... 209/135 |
| 6,079,929 A | * | 6/2000 | Muma et al. | ................ 414/412 |
| 6,089,814 A | * | 7/2000 | Bayer | ......................... 414/412 |
| 6,110,242 A | * | 8/2000 | Young | ......................... 55/337 |
| 6,149,018 A | * | 11/2000 | Austin et al. | ................ 209/672 |
| 6,250,472 B1 | * | 6/2001 | Grubbs et al. | .............. 209/44.2 |

OTHER PUBLICATIONS

Nihot, Solutions in air-controlled separation, The Nihot Windshifter, Catalog.
Nihot, Sort it out with air, The Nihot Drum Separators, Catalog.
International Search Report; PCT/US2008/054621; Dated Sep. 16, 2008.

* cited by examiner

*Primary Examiner*—Patrick H Mackey
*Assistant Examiner*—Terrell H Matthews
(74) *Attorney, Agent, or Firm*—Stolowitz Ford Cowger LLP

(57) **ABSTRACT**

A separation system includes an air separator that in one embodiment primarily receives Municipal Solid Waste (MSW) containing relatively light MSW recyclable materials such as paper, cardboard, plastic containers, and/or metal containers. The air separator blows the relatively light MSW recyclable materials up though a chamber and onto a first conveyer while the other relatively heavy MSW material drops down a chute onto a second conveyer. A separation screen receives the relatively light MSW recyclable materials from the air separator and separates the relatively flat paper and cardboard from the plastic and metal containers.

**15 Claims, 7 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6C



FIG.6B



FIG.6A



FIG.7



FIG.8

US 7,584,856 B2

**1**

## AIR SEPARATION OF RECYCLABLE MATERIAL

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to separating various recyclable materials from Municipal Solid Waste (MSW).

2. Description of the Related Art

Disc or roll screens are frequently used as part of a multi-stage material separating system. Disc screens are used in the materials handling industry for screening large flows of materials to remove certain items of desired dimensions. In particular, disc screens are used for classifying what is normally considered debris or residual materials. This debris may consist of soil, aggregate, asphalt, concrete, wood, biomass, ferrous and nonferrous metal, plastic, ceramic, paper, cardboard, or other products or materials recognized as debris throughout consumer, commercial and industrial markets. The function of the disc screen is to separate the materials fed into it by size. The size classification may be adjusted to meet different applications.

Disc screens generally have a screening bed having a series of rotating spaced parallel shafts, each of which has a longitudinal series of concentric screen discs separated by spacers which interdigitate with the screen discs of the adjacent shafts. The relationship of the discs and spacers on one shaft to the discs and spacers on each adjacent shaft form an opening generally known in the industry as the InterFacial Opening or "IFO". The IFOs permit only material of acceptable size to pass downwardly through the rotating disc bed. The acceptable sized material which drops through the IFO is commonly referred to in the industry as "accepts" or "unders".

The discs are all driven to rotate in a common direction from the infeed end of the screen bed to the outfeed or discharge end of the bed. Thus, materials which are larger than the IFO, referred to in the industry as "overs", will be advanced on the bed to the outfeed end of the bed.

It may be desirable to separate certain types of recyclable Municipal Solid Waste (MSW) from other types of recyclable or non-recyclable waste. For example, recyclable MSW materials may include paper, old corrugated cardboard (OCC); and plastic, aluminum, steel, and glass containers. These recyclable materials may need to be separated from other types of waste that may include wood, concrete, rocks, etc. However, the recyclable MSW paper, cardboard, and containers may have sizes and/or shapes similar to other types of MSW waste. Thus, existing disc screen systems that separate materials solely according to size may not effectively separate certain MSW recyclable materials.

### SUMMARY OF THE INVENTION

A separation system includes an air separator that, in one embodiment, primarily receives Municipal Solid Waste (MSW) containing a mixture of relatively light MSW recyclable materials such as paper, cardboard, plastic containers, and/or metal containers and relatively heavy MSW such as textiles, food waste, yard debris, etc. The air separator blows the relatively light MSW recyclable materials up though a chamber and onto a first conveyer while the other relatively heavy MSW material drops down a chute onto a second conveyer. A separation screen receives the relatively light MSW recyclable materials from the air separator and separates the relatively flat paper and cardboard from the plastic and metal containers.

**2**

The foregoing and other objects, features and advantages of the invention will become more readily apparent from the following detailed description of a preferred embodiment of the invention which proceeds with reference to the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a side view of an air separator used for separating recyclable Municipal Solid Waste (MSW) materials from other MSW material.

FIG. **2** is a side schematic view of a separation screen used for further separating the MSW recyclable materials output from the air separator shown in FIG. **1**.

FIG. **3** is an alternative embodiment of the air separator.

FIGS. **4** and **5** show side sectional views of a bag breaker that can be used in combination with the air separators and separation screen shown in FIGS. **1-4**.

FIGS. **6A-6C** show a front view, side view and perspective view, respectively, of a compound dual-diameter disc that can be used in the separation screen shown in FIG. **2**.

FIG. **7** is a top plan view of a separation screen section using the compound disc shown in FIGS. **6A-6C**.

FIG. **8** is a top plan view of a separation screen section using the compound disc shown in FIGS. **6A-6C** according to another embodiment.

### DETAILED DESCRIPTION OF THE INVENTION

Recyclable Municipal Solid Waste (MSW) materials include, but are not limited to, fiber material such as newspaper, mixed paper, Old Corrugated Cardboard (OCC), other cardboard and office paper products. Recyclable MSW can also include relatively light plastic containers, aluminum containers, tin containers and other metal containers or shapes. The material in all of these MSW recyclable items are used for making new products that may use the same material as the recycled items. For example, the paper and cardboard fiber material is re-pulped to make new paper, cardboard, or other fiber products. The recyclable MSW PolyEthylene Terephthalate (PET), High Density PolyEthylene (HDPE), PolyVinyl Chloride (PVC), or other plastic containers are shredded and melted into new containers and any other types of plastic products that may not be related to the original recovered product. For example, PET bottles can be used as fiber fill for winter jackets or as fill for mattresses. The recyclable MSW metal containers are separated out for the purpose of making new aluminum, tin, or steel products.

A separation system separates out the recyclable MSW materials from other MSW material and then separates the recyclable MSW fiber materials from the recyclable MSW plastic and metal containers. FIG. **1** shows an air separator **12** that separates out recyclable MSW materials **36** from other MSW material **32**. FIG. **2** shows a separation screen **46** that separates the relatively flat recyclable MSW paper and cardboard fiber materials from recyclable MSW containers.

Referring first to FIG. **1**, the air separator **12** includes an air chamber **28** that receives MSW **21** from a conveyer **20**. In one embodiment, the MSW **21** is the waste typically retrieved from residential and office trash containers and bins. For example, the MSW **21** includes, but is not limited to, food, bottles, paper, cardboard, jars, wrappers, bags, other food containers, or any other items that may be thrown away in a home or office.

A fan **22** pulls relatively light recyclable MSW **36** over the top of a drum **26** into the air chamber **28** and onto a conveyer **34**. This is accomplished by taking more air out of the air

US 7,584,856 B2

3

chamber **28** than is returned by the fan **22**. Heavier MSW waste **32** falls down chute **33** onto a conveyer **40**. In one embodiment, the drum **26** rotates to help carry the lighter recyclable MSW items **36** over drum **26** and onto conveyer **34**. The recyclable MSW items **36** are carried up through air chamber **28**, out opening **37**, and dropped onto a conveyer **38**.

The light recyclable MSW materials **36** may include newspaper, junk mail, office paper products, cardboard; plastic bottles, jugs, and other plastic containers; and aluminum, tin, or steel cans and other metal containers. The light materials **36** might also include plastic film.

The heavier MSW material **32** can include rocks, concrete, food waste, wood, or any other type of material that has a relatively heavier weight than the recyclable MSW materials **36**. Alternatively, some of the MSW material **32** may have weights comparable with the weight of the lighter recyclable MSW items **36**. However, the combination of weight and a relatively small surface area may prevent sufficient air pressure to be produced underneath some of the materials **32**, preventing these materials from being blown into air chamber **28**. These items also fall down through chute **33** onto conveyer **40**.

There may be some recyclable items in heavy MSW **32**. However, the majority of the recyclable MSW items **36** referred to above that include paper and cardboard fiber materials and relatively light plastic and metal containers are typically blown over drum **26** and carried by conveyer **34** through air chamber **28** and out the opening **37**.

The air flow inside of chamber **28** promotes the movement and circulation of the lighter recyclable MSW items **36** over the top of drum **26** and out of the opening **37**. The fan **22** can be connected to air vents **30** located on the top of chamber **28** in a substantially closed system arrangement. The fan **22** draws the air in air chamber **28** back out through air vents **30** and then re-circulates the air back into air chamber **28**. A percentage of the air flow from fan **22** is diverted to an air filter (not shown). This recycling air arrangement reduces the air-pressure in air chamber **28**, further promoting the circulation of light recyclable MSW materials **36** over drum **26** and out opening **37**.

The negative air arrangement of the air recirculation system can also confine dust and other smaller particulates within the air chamber **28** and air vents **30**. A filter (not shown) can further be inserted at the discharge of fan **22** such that a percentage of the air from the fan is diverted to a filter (not shown) to further remove some of the dust generated during the recycling process.

Current air separation systems only separate non-recyclable materials used for shredding and burning from other heavier materials. For example, air separation systems have been used for separating wood from other non-burnable materials such as concrete, rocks, and metal. MSW recyclable materials are already separated out prior to being fed into air separation systems.

Referring to FIG. **2**, the light recyclable MSW items **36** are carried along conveyer **38** and dropped onto a separation screen **46**. In one embodiment, the separation screen **46** includes dual-diameter discs **170** arranged to form particular openings between adjacent disc rows. The discs **140** have arched shapes that when rotated both move the items **36** up the screen **46** while at the same time vibrating the light items **36** up and down in a vertical direction. However, other types of separation screens can also be used.

The combination of gravity, the upwardly inclined angle of separation screen **46**, and the shape, arrangement and rotation of discs **170**, cause some of the light recyclable MSW items **44** to fall back down over a bottom end **47** of separation screen

4

**46** onto a conveyer **42**. Typically, these MSW recyclable items **44** include containers such as milk jugs, plastic bottles, beer cans, soda cans, or any other type of container having a shape and large enough size to roll backwards off the bottom end **47** of screen **46**.

Other recyclable MSW items **50** drop through openings (IFO's) formed between the discs **170** while being carried up separation screen **46**. The items **50** falling through the openings in separation screen **46** also fall onto conveyer **42** and typically also include plastic and metal containers. For example, the items **50** may be smaller volume containers. In one embodiment, the opening is 2"×2" but can be larger or smaller depending on the screen design.

The remaining recyclable MSW items **52** are carried over a top end **49** of separation screen **46** and dropped onto a conveyer **54**. The recyclable MSW items **52** often include items with relatively flat and wide surface areas such as paper, cardboard, flattened containers, and other types of fiber materials. These relatively flat recyclable MSW items have less tendency to topple backwards over the bottom end **47** of separation screen **46** and, further, have a wide enough surface area to travel over the openings between discs **170**.

Thus, the combination of the air separator **12** in FIG. **1** and the screen separator **46** in FIG. **2** first separate relatively light recyclable MSW items **36** from other MSW material **32** (FIG. **1**) and then further separate the recyclable MSW plastic and metal containers **44** and **50** from the recyclable MSW paper and cardboard fiber material **52** (FIG. **2**).

Referring briefly back to FIG. **1**, another separation screen **14**, trommel, or some other type of separation system is used for removing small items from the MSW **21**. In one embodiment, the screen **14** includes discs **16** arranged to form openings of the same or various sizes that allow smaller materials **18**, alternatively referred to as "fines", to drop through the screen **14**. These smaller materials **18** can include small rocks, dirt, etc., that might otherwise be blown against different parts of the air separator **12** possibly damaging, or at the least, increasing the wear and tear on the air separator **12**.

FIG. **3** shows an alternative embodiment of the air separator. An air separator **70** does not use a drum and relies solely on the air pressure generated by fan **22** to pull the light recyclable MSW materials **36** through air chamber **72**, out opening **78**, and onto conveyer **38**. The heavier MSW materials **76** fall down chute **79** onto conveyer **40**.

Bag Breaker

The air separation systems shown in FIGS. **1-3** can be combined with a bag breaker system shown in part in FIG. **4**. The bag breaker is described in detail in U.S. Pat. No. 5,484, 247, which is herein incorporated by reference.

FIG. **4** shows a partial front section view showing cylinders **132** and **130** prior to receiving a plastic bag **152**. The fins **134** and **138** are spaced radially about cylinders **132** and **130**, respectively. Both fins **134** and **138** each comprise a first side **154** extending substantially perpendicular from the cylinder up to a fin tip **158**. A second concaved side **156** extends from a substantially tangential relationship with the cylinder up to the fin tip **158**. The first and second sides of each fin **138** on cylinder **130** are shaped in substantially the same manner on the fins **134** on cylinder **132** except that the concaved side on fins **134** are sloped at a greater angle.

Each fin on cylinder **130** has a tip **158** with a radius of approximately ³/₁₆ths inches. Each fin **134** and **138** is approximately between one inch and one and one-half inches thick. A motor rotates cylinder **132** in a clockwise direction and the same or another motor rotates cylinder **130** in an opposite counter clockwise direction.

US 7,584,856 B2

5

After traveling along a conveyer (not shown), bag **152** is deposited through receiving chute **116** onto the top of fins **134** and **138**. The shape, thickness and rotational speed of the fins allow the bag **152** to be ripped open as opposed to being shred open. For example, if too thin, the fins will slice bag **152** into a net and not allow all the trash in the bag to fall out. In addition, if bag **152** is shredded, little pieces of the bag will drop onto the conveyer **115** making separation of the bag **152** from the other trash difficult. Cylinder **132**, in one embodiment, is rotated at between 2-10 RPMs and cylinder **30** is rotated up to six times faster than cylinder **132**.

Upon falling into chute **116**, bag **152** is hooked by fins **134**. Fins **134** serve to slow the speed of bag **152** while descending through chute **116**. The clockwise rotation of fins **134** move bag **152** to the right and downward, presenting the bag to fins **138**.

The second set of fins **138** rotate in a counter clockwise direction with tip **158** angled toward bag **152**. Tip **158** hooks into a second location on bag **152**. The relatively blunt tip **158** on fins **138** hooks into bag **152** without slicing through the plastic material. Cylinder **130** is rotated at a substantially greater speed than cylinder **132**. Thus, fins **138** pull down on bag **152** much faster than fins **134** allow a portion of bag **152** to descend. Thus, fins **138** and **134** stretch apart different locations of bag **152** until the bag **152** eventually tears open.

Referring to FIG. **5**, fins **134** and **138** stretch the plastic bag **152** until a large tear is created that allows all the trash **21** to fall out. Cylinders **130** and **132** are spaced a sufficient distance apart so that the bottles, cans and other Municipal Solid Waste (MSW) **21** can fall between the two cylinders onto conveyer **115**. Because the bag **152** is torn and not shredded, the bag often remains in substantially one piece.

The MSW **21** is carried by the conveyer **115** to the screen **14** previously shown in FIG. **1**. The unique combination of the bag breaker shown in FIGS. **4** and **5** with the air separation system described above in FIGS. **1-3** allow the MSW **21** to first be automatically removed from plastic bags, then the light recyclable MSW materials separated from other MSW material, and finally the recyclable fiber material to be separated from recyclable containers.

Compound Discs

FIGS. **6A-6C** show the compound disc **170** from FIG. **2** in more detail and includes a primary disc **172** having three arched sides **174**. A secondary disc **176** extends from a side face of the primary disc **172** and also has three arched sides **178**. The outside perimeter of the secondary disc **176** is smaller than the outside perimeter of the primary disc **172** and in one embodiment is approximately twice as wide as the width of primary disc **172**. The compound disc **170** is described in U.S. Pat. No. 5,960,964, which is herein incorporated by reference.

During rotation, the arched shape of the primary disc **172** and the secondary disc **176** maintain a substantially constant spacing with similar shaped discs on adjacent shafts. However, the different relative size between the primary disc **172** and the secondary disc **176** eliminate secondary slots that normally exist between adjacent shafts. In one embodiment, the compound disc **170** is made from a unitary piece of rubber. The rubber material grips onto certain types and shapes of materials providing a more effective screening process.

FIG. **7** shows a portion of the screen **46** previously shown in FIG. **2** and includes a first shaft **182** and a second shaft **184** mounted to a frame (FIG. **2**) in a substantially parallel relationship. A set of primary discs **172** and associated secondary discs **176** are mounted on the first shaft **182** and separated by

6

spacers **175**. A second set of primary discs **172** are mounted on the second shaft **184** in lateral alignment on shaft **184** with secondary discs **176** on the first shaft **182**. Secondary discs **176** mounted on the second shaft **184** are aligned laterally with the primary discs **172** on the first shaft **182**.

The primary discs **172** on the first shaft **182** and the secondary discs **176** on the second shaft **184** maintain a substantially constant spacing during rotation. The secondary discs **176** on the first shaft **182** and the primary discs **172** on the second shaft **184** also maintain a substantially constant perimeter spacing during rotation.

The alternating alignment of the primary discs **172** with the secondary discs **176** both laterally across each shaft and longitudinally between adjacent shafts eliminate the rectangular shaped secondary slots that would normally extend laterally across the entire width of the screen **46** between discs on adjacent shafts. Since large thin materials, such as paper and cardboard can no longer unintentionally pass through these secondary slots, these materials can be carried along the screen **46** and deposited in the correct location with other recyclable MSW fiber materials.

The compound discs **170** are shown as having a triangular profile with arched sides. However, the compound discs can have any number of sides, such as four sides or five sides, and any shape. In one embodiment, the primary disc **172** and the associated secondary disc **176** are formed from the same piece of rubber. However, the primary discs and associated secondary discs can also be formed from separate pieces of rubber. The primary and secondary discs may also be formed from a unitary piece of metal or from separate pieces of metal.

FIG. **8** shows an alternative embodiment of the dual diameter disc. The primary discs **172** and secondary discs **176** are separate pieces formed from either rubber or metal. The primary discs **172** are mounted laterally across the shaft **182** between secondary discs **176** and separated by spacers **175**. The primary discs **172** are mounted laterally across shaft **184** and aligned with secondary discs **176** on shaft **182**. In turn, the secondary discs **176** on shaft **184** are aligned with primary discs **172** on shaft **182**.

The different sizes and alignment of the discs on the adjacent shafts **182** and **184** create a stair-step shaped spacing laterally between the discs on the two shafts. Different spacing between the primary discs **172** and secondary discs **176**, as well as the size and shapes of the primary and secondary discs, can be varied according to the types of materials being separated.

For example, the dual diameter disc system shown in FIGS. **6-8** can be used in separation screen **46** in FIG. **2**. The distance between adjacent compound discs **170** in FIG. **8**, or the distance between the primary and secondary discs **176** and **172** in FIG. **8**, are selected in combination with the distance between shafts **182** and **184** to form openings **190**. The spaces or openings **190** are sized to allow the containers **50** in FIG. **2** to drop through the screen **46** while other relatively flat and wide fiber material is carried up the screen **46** and dropped onto conveyer **54**. In one embodiment, openings **190** are 2"×2" but other dimensions may also be used.

The compound discs shown in FIGS. **7** and **8** can also be used in the screen **14** shown in FIG. **1** to prescreen the MSW material prior to being fed into the air separator **12**. The openings **190** for prescreen **14** in FIG. **1** is a 2" minus which has a different dimension than 2"×2". The size of openings in prescreen **14** can vary according to the market for the fines material which can differ according to region.

Having described and illustrated the principles of the invention in a preferred embodiment thereof, it should be apparent that the invention may be modified in arrangement

US 7,584,856 B2

7

and detail without departing from such principles. We claim all modifications and variation coming within the spirit and scope of the following claims.

The invention claimed is:

1. A separation system for separating recyclable materials from Municipal Solid Waste, comprising:

a first separation screen configured to receive Municipal Solid Waste (MSW) including recyclable MSW items and other heavier MSW materials,

the recyclable MSW items used for making new products that use the same materials as the recyclable items and including non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers,

the first separation screen further configured to remove a first group of smaller items from the MSW and carry remaining MSW over a top end;

an air separator including an air chamber elongated in an upward diagonal direction and including a first opening at a first end and a second opening at a second opposite end, the remaining MSW dropped into the air chamber through the first opening after the first group of smaller items are removed by the first separation screen,

a first conveyor located at least partially within the air chamber and having a conveying direction oriented substantially parallel with the upward diagonal direction of the air chamber,

a fan configured to blow the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers dropped into the first opening in the air chamber in an upward diagonal direction through the air chamber so that the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers land onto different locations on the first conveyor as the first conveyor conveys the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers out through the second opening at the opposite end of the air chamber while most of the other heavier MSW drops down from the first end of the air chamber, through a third opening in the air chamber, and onto a second conveyor; and

a second separation screen configured to receive the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers separated from most of the other MSW and conveyed out of the second opening in the air chamber by the first conveyor, the second separation screen including

a frame;

multiple shafts mounted on the frame; and

discs mounted on the shafts that form openings between the discs on adjacent shafts, the discs and openings between the discs sized to cause the non-shredded plastic containers and non-shredded metal containers to drop off of a back end of the second separation screen and cause other non-shredded plastic containers and non-shredded metal containers to fall between the discs in the second separation screen while carrying the non-shredded paper and non-shredded cardboard over a top end of the second separation screen so that the non-shredded paper and non-shredded cardboard are substantially separated from the non-shredded plastic containers and non-shredded metal containers.

2. The separation system according to claim 1 wherein the fan blows most of the recyclable MSW items up over a rotating drum and through the air chamber while the other heavier

8

MSW materials drop vertically downward through the third opening and onto the second conveyor.

3. The separation system according to claim 1 wherein the second separation screen is inclined so that at least some of the plastic and metal containers roll back off a bottom end when the relatively light recyclable MSW materials are dropped by the first conveyer onto the separation screen.

4. The separation system according to claim 1 wherein the second separation screen includes:

a first set of compound discs mounted on a first set of shafts having primary discs and smaller secondary discs located on sides of the primary discs;

a second set of shafts located in between the first set of shafts; and

a second set of compound discs mounted on the second set of shafts also having primary discs and smaller secondary discs located on the sides of the primary discs,

the first set of compound discs on the first set of shafts aligned with the second set of compound discs on the second set of shafts such that the first set of compound discs at least partially overlap with the second set of compound discs.

5. The separation system according to claim 4 where the first and second set of compound discs are arranged to form the openings that allow the plastic and metal containers to drop off of the back end of the second separation screen or through the second separation screen while the paper and cardboard are carried up and over a top end of the second separation screen.

6. The separation system according to claim 1 including a bag opener that automatically opens up bags containing the MSW and deposits the MSW onto a conveyor that either directly or indirectly drops the MSW into the first separation screen.

7. The separation system according to claim 5 wherein the bag opener includes:

a first cylinder having a first set of fins that protrude from an outside surface and hook a first location on the bags;

a second cylinder having a second set of fins that protrude from an outside surface and hook a second location on the bags; and

one or more motors that rotate the first and second set of fins in opposite directions and rotate the first cylinder at a slower speed than the second cylinder so that the second set of fins pull the second location of the bag apart from the first location thereby tearing the bag open and allowing the MSW inside the bag to fall out.

8. A method for separating recyclable materials from Municipal Solid Waste, comprising:

receiving Municipal Solid Waste (MSW) including recyclable MSW items that are used for making new products that use the same materials as the recyclable items and other heavier MSW materials, the recyclable MSW items including non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers that have different shapes and weights compared with at least some of the other MSW materials;

blowing all of the MSW in an upward diagonal direction as the MSW is being dropped into an air chamber so that the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers are blown in an upward diagonal direction through the air chamber that is parallel with an upward diagonal conveying direction for a first conveyor so that the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal

US 7,584,856 B2

9

containers land onto the first conveyor as the first conveyor conveys the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers in an upward diagonal direction as the other MSW drops vertically downward onto a second conveyor located in front of the first conveyor;

moving the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers that have been separated from the other MSW from the first conveyor onto a separation screen; and

moving the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers up the separation screen so that the non-shredded plastic containers and non-shredded metal containers drop off of a back end of the separation screen while the non-shredded paper and non-shredded cardboard is carried over a top end of the separation screen substantially separating the non-shredded paper and non-shredded cardboard from the non-shredded plastic containers and non-shredded metal containers.

9. The method according to claim 8 further comprising carrying the MSW over a pre-screen that causes first group of smaller MSW to drop through discs in the pre-screen;

dropping the MSW that does not drop through the discs in the pre-screen into the air chamber; and

blowing air diagonally up into the MSW as the MSW is being dropped into the air chamber so that the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers are blown onto the first conveyor while rocks, concrete, food waste, wood and other types of MSW drop vertically downward onto the second conveyor.

10. The method according to claim 9 further comprising blowing diagonally up into the dropped MSW so that food and other non-recyclable residential and/or business waste continues to drop vertically downward onto the second conveyor.

11. The method according to claim 8 including blowing the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers up over a drum and into the air chamber while at the same time rotating the drum to promote the movement of the non-shredded paper, non-shredded cardboard, non-shredded plastic containers, and non-shredded metal containers up into the air chamber.

12. The method according to claim 8 including: receiving the waste MSW in bags;

dropping the bags against a catch mechanism that hooks onto a first portion of the bags and presents the bags to pull fins attached to a cylinder;

10

rotating the cylinder causing the pull fins to hook onto a second portion of the bags spaced from the first portion;

further rotating the cylinder causing the pull fins to move away from the catch mechanism pulling apart the first and second portions of the bags a sufficient amount to tear the bags open and cause the waste inside the bags to empty out;

dropping at least some of the waste MSW emptied from the bags into the air chamber; and

blowing up on the dropped MSW to separate the recyclable MSW items from the other heavier non-recyclable MSW.

13. The method according to claim 8 including: orienting the separation screen at an angle and then rotating discs in the separation screen so that at least some of the non-shredded plastic containers, and non-shredded metal containers dropped onto the separation screen roll backwards off a bottom end of the separation screen;

arranging the discs in the separation screen to form openings that cause other non-shredded plastic containers, and non-shredded metal containers drop through the openings while being carried up the separation screen; and

arranging the discs so that the recyclable items having the relatively thin and flat shape are carried by the discs over the openings and up and over a top end of the separation screen.

14. The method according to claim 13 including: attaching multiple primary discs and multiple secondary discs on shafts in the separation screen, the secondary discs having a smaller profile than the primary discs;

aligning the primary discs and the secondary discs on the shafts in an alternating order where at least some of the primary discs are aligned with secondary discs on adjacent shafts and secondary discs are aligned with primary discs on adjacent shafts such that non-linear gaps are formed between the aligned discs on adjacent shafts and the openings are formed between adjacent discs on the same shafts,

the non-linear gaps preventing the relatively thin and flat recyclable items from slipping through the discs on adjacent shafts while being carried up the separation screen while at the same time the openings between adjacent discs on the same shafts cause the recyclable containers to fall down through the openings while being carried up the separation screen.

15. The method according to claim 14 including using the primary discs and the secondary discs to agitate the recyclable items in an up and down motion while carrying the recyclable items up the separation screen.

\* \* \* \* \*