**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMERGING ACQUISITIONS, LLC<br><br>PLAINTIFF(S)<br>v.<br><br>LESLIE WELLS, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:23-cv-00329-AB-ADSx<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

REGARDING:

| 7/30/2024 | 111 | Request for Approval of Withdrawal of Counsel |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑  The document is stricken
☐  The hearing date has been rescheduled to _____ at _____ .
☐  A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐  Other:

Dated:        8/1/2024

By: _____
U.S. District Judge / U.S. Magistrate Judge

G-112B (07/24)        ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT