# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERGING ACQUISITIONS, LLC (d/b/a Bulk Handling Systems),<br><br>　　　Plaintiff,<br><br>v.<br><br>LESLIE WELLS in her official capacity as the Deputy Director of the Santa Barbara County Resource Recovery and Waste Management Division; SANTA BARBARA COUNTY; MUSTANG RENEWABLE POWER VENUTRES, LLC; and VAN DYK BALER CORP. (d/b/a Van Dyk Recycling Solutions), ,<br><br>　　　Defendants. | Case No. 8:23-cv-00329-AB-ADS<br><br>[Hon. Andre Birotte Jr., Crtrm 7B]<br><br>[~~PROPOSED~~] ORDER CONTINUING PRETRIAL AND TRIAL DATES<br><br>Complaint Filed:　February 23, 2023 |

The Court **APPROVES** the Stipulation and **SETS** the following dates:

| Event | Current Date | NEW Date |
|---|---|---|
| Close of Fact/Non-Expert Discovery | Wednesday, November 12, 2025 | Wednesday, November 12, 2025 |
| Initial Expert Reports | Friday, October 17, 2025 | Tuesday, December 16, 2025 |
| Rebuttal Expert Reports | Tuesday, November 25, 2025 | Monday, January 26, 2026 |
| Close of Expert Discovery | Friday, January 9, 2026 | Tuesday, March 10, 2026 |
| Deadline for Filing Dispositive Motions | Friday, February 6, 2026 | Tuesday, April 7, 2026 |

| | | |
|---|---|---|
| and Motions to Strike/*Daubert* Motions | | |
| Opposition to Dispositive Motions and Motions to Strike/*Daubert* Motions | Friday, March 6, 2026 | Tuesday, May 5, 2026 |
| Replies to Dispositive Motions and Motions to Strike/*Daubert* Motions | Friday, March 27, 2026 | Tuesday, May 26, 2026 |
| Hearing on Dispositive Motions | Friday, April 10, 2026 | Friday, June 12, 2026 |
| Deadline to complete settlement conferences (L.R. 16-15) | Friday, April 10, 2026 | Tuesday, June 9, 2026 |
| Trial Filings (first round) | Friday, May 8, 2026 | Tuesday, July 7, 2026 |
| Trial Filings (second round) | Friday, May 29, 2026 | Tuesday, July 28, 2026 |
| Final Pretrial Conference and Hearing on Motions in Limine | Friday, July 10, 2026 at 11:00 a.m. | ==Friday, August 28, 2026, at 11:00 a.m.== |
| Jury Trial | Monday, August 3, 2026 at 8:30 a.m. | Monday, October 5, 2026, at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: September 24, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2
**ORDER CONTINUING PRETRIAL AND TRIAL DATES**